## Commonwealth *v.* Ray, Appellant.

Submitted November 14, 1969. *J. S. Jiuliante, Jr.,* Assistant Public Defender,

for appellant; *Frank L. Kroto, Jr.,* Assistant District Attorney, and *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.